IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03660-PAB-NRN

DEMETRE DEUTH, and
LUIS PLASCENCIA,

    Plaintiffs,

v.

MARTIN MARIETTA MATERIALS, INC., incorporated as part of MARTIN MARIETTA, CORPORATION,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 71] of Chief United States District Judge Philip A. Brimmer entered on January 3, 2023, it is

ORDERED that Defendant's Motion for Summary Judgment [Docket No. 30] is GRANTED.  It is further

ORDERED that the amended complaint [Docket No. 7] is dismissed with prejudice.  It is further

ORDERED that judgment shall enter in favor of defendant and against plaintiffs. It is further

ORDERED that defendant is awarded its costs, to be taxed by the Clerk of the Court, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

ORDERED that this case is closed.

Dated: January 3, 2023.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
        Deputy Clerk